UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JULIO CAESAR ALVAREZ,<br><br>    Petitioner,<br><br>    v.<br><br>KEN CLARK, et al.,<br><br>    Respondents. | NO. CV 07-842 VBF (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Amended Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice as time-barred.

DATED: <u>August 28, 2008</u>

                                        */s/ Valerie Baker Fairbank*
                                        VALERIE BAKER FAIRBANK
                                        United States District Judge