UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JULIO CAESAR ALVAREZ, | ) | NO. CV 07-842 VBF (FFM) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| KEN CLARK, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: August 28, 2008

VALERIE BAKER FAIRBANK
United States District Judge